# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SHANNON MCMINIMEE, <br> *Plaintiff* <br> v. <br> YAKIMA SCHOOL DISTRICT NO. 7, and JOHN R. IRION, in his individual capacity, <br> *Defendant* | Civil Action No.  2:18-CV-3073-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:  Judgment is entered favor of Defendants on the 42 U.S.C. § 1983 claims, the Family and Medical Leave Act claims, the Washington State Wage Rebate Act claims, Equal Pay Act claims, the Washington Discharge in Violation of Public Policy claims, the breach of contract claims, the defamation claims and intentional infliction of emotional distress claims.  Plaintiff's remaining two state law claims are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  THOMAS O. RICE  on Defendants' motion for Summary Judgment (ECF No. 45)

Date:  March 26, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen