

FILED

DEC 15 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHANNON MCMINIMEE,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>YAKIMA SCHOOL DISTRICT, No. 7; JOHN R. IRION, in his individual capacity,<br><br>    Defendants-Appellees. | No.   21-35297<br><br>D.C. No. 1:18-cv-03073-TOR<br>Eastern District of Washington, Yakima<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 14), this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). As stated in the stipulated motion, each side shall bear its own attorneys' fees and costs relating to this appeal and the underlying case.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator